UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE DEVINE,<br><br>   Plaintiff,<br><br>   v.<br><br>HEALTHSTAR CLINICAL EDUCATION SOLUTIONS,<br><br>   Defendant. | Case No. 15-cv-06034-JSC<br><br>**PRETRIAL ORDER NO. 2**<br><br>Re: Dkt. No. 29 |

Following the Further Case Management Conference held on August 25, 2016, the Pretrial Schedule is amended as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | December 30, 2016 |
| Deadline to File Dispositive Motions: | January 26, 2017 |
| Expert Witness Disclosures: | January 30, 2017 |
| Deadline for Hearing Dispositive Motions: | March 2, 2017 at 9:00 a.m. |
| Rebuttal Expert Witness Disclosures: | March 10, 2017 |
| Expert Discovery Cutoff: | March 30, 2017 |

A Further Case Management Conference is scheduled for December 1, 2016 at 1:30 p.m. The parties shall submit a joint case management conference statement one week in advance informing the Court whether they believe referral to a magistrate judge for a settlement conference is appropriate. The trial date of May 1, 2017 and final pretrial conference date of April 13, 2017 remain in place.

**IT IS SO ORDERED**.

Dated: August 25, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge